**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BENNETT SANTIAO,

                Plaintiff,                          19 **CIVIL** 2051 (KHP)

     -against-                          **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons set forth in the Court's Opinion and Order dated April 21, 2020, the Court finds that the ALJ did not err in finding that Plaintiff did not meet a Listing and that the ALJ's RFC determination is supported by substantial evidence; Plaintiff's motion is denied, and the Commissioner's motion is granted.

**Dated:**  New York, New York
         April 22, 2020

                                                   **RUBY J. KRAJICK**
                                             _____
                                                    **Clerk of Court**
                             **BY:**
                                               _____
                                                    **Deputy Clerk**